# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON AYCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNIVERSITY OF ARIZONA; THE ARIZONA BOARD OF REGENTS; NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; UNIVERSITY OF CALIFORNIA, LOS ANGELES; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation; PACIFIC 12 CONFERENCE; DAVE HEEKE, individually, JEDD FISCH, individually, JIMMIE DOUGHERTY, individually, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-07282 ODW(MARx)<br><br>**[PROPOSED] ORDER IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: January 22, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5D |

1

[PROPOSED] ORDER RE: MOTION TO DISMISS
Case No. 2:23-cv-07282 ODW(MARx)
82872\315559457.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The Court, having reviewed the Motion to Dismiss of Defendants Arizona Board of Regents, on its own behalf, and for and on behalf of the University of Arizona, Dave Heeke, Jedd Fisch, and Jimmie Dougherty's (collectively, the "Arizona Defendants"), after full consideration of the moving papers, opposing and reply papers, the pleadings in this action, and the arguments of counsel, hereby rules as follows:

1) Defendants' Motion to Dismiss is GRANTED in its entirety;

2) Leave to amend the Complaint is DENIED;

3) All counts pled against Arizona Defendants (i.e., the Second, Third, Fourth, Fifth, Sixth, and Seventh Counts) are dismissed with prejudice as against the Arizona Defendants.

**IT IS SO ORDERED.**

DATED:_____    By: _____
                              Hon. Otis D. Wright II
                              District Judge

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

2

[PROPOSED] ORDER RE: MOTION TO DISMISS
Case No. 2:23-cv-07282 ODW(MARx)
82872\315559457.v1