UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:23-cv-07282-ODW (MARx) | Date | December 19, 2023 |
|---|---|---|---|
| Title | *Theron Aych v. Univ. of Ariz. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On December 15, 2023, certain Defendants ("Moving Defendants") filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 41.)  This was the first appearance for these Defendants in this matter.  However, Defendants have not filed a Central District Local Rule 7.1-1 Notice of Interested Parties or a Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement.  These required documents are necessary for the Court to evaluate the potential need for recusal.

The Court therefore **ORDERS** Moving Defendants to file a Notice of Interested Parties and/or a Corporate Disclosure Statement **within three (3) days of the date of this Order**.  Failure to do so may result in the Court striking Defendants' Motion.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |