Janice P. Brown (SBN: 114433)
jbrown@meyersnave.com
Nicole Ries Fox (SBN: 268819)
nriesfox@meyersnave.com
David M. Middleton (SBN: 321385)
dmiddleton@meyersnave.com
MEYERS NAVE
600 B Street, Suite 1650
San Diego, California 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendant, NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THERON AYCH,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF ARIZONA; THE ARIZONA BOARD OF REGENTS; NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; UNIVERSITY OF CALIFORNIA, LOS ANGELES; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation; PACIFIC 12 CONFERENCE; DAVE HEEKE, individually; JEDD FISCH, individually; JIMMIE DOUGHERTY, individually; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07282 ODW(MARx)<br><br>**AMENDED NOTICE OF MOTION AND MOTION OF NATIONAL COLLEGIATE ATHLETIC ASSOCIATION TO DISMISS**<br><br>Date:       January 22, 2024<br>Time:      1:30 p.m.<br>Dept.:      5D<br>Hon. District Judge Otis D. Wright, II<br><br>Date Filed:      9/1/2023<br>Trial Date:       None Set |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THA**T on January 22, 2024, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Judge Otis D. Wright, located in the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, NATIONAL COLLEGIATE

ATHLETIC ASSOCIATION ("NCAA" or "Defendants") will and hereby does move this Court to Dismiss its single claim against the NCAA for § 1981 discrimination.

Defendants submit this amended notice of motion following the conference of counsel pursuant to L.R. 7-3, which took place on December 29, 2023.

This Motion is made upon the following grounds:

(1) Under Federal Rule of Civil Procedure 12(b)(2), because this Court lacks personal jurisdiction over defendant NCAA;

(2) Under Rule 12(b)(3), because venue is improper in the Central District of California;

(3) Under Rule 12(b)(1), because Plaintiff lacks Article III standing to bring his § 1981 claim against the NCAA and therefore the Court lacks subject matter jurisdiction over this claim; and

(4) Under Rule 12(b)(6), because Plaintiff's Complaint fails to state a claim against the NCAA.

This Motion is based on this Amended Notice of Motion, the Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Amanda Conklin filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: December 29, 2023    MEYERS NAVE

By:    /s/ Nicole Ries Fox
JANICE P. BROWN
NICOLE RIES FOX
DAVID M. MIDDLETON
Attorneys for Defendant, NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA)

5567530.1

# PROOF OF SERVICE

**Theron Aych v University of Arizona, et al.**
**Case No. 2:23-cv-07282 ODW(MARx)**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of . My business address is 600 B Street, Suite 1650, San Diego, CA 92101.

On December 29, 2023, I served true copies of the following document(s) described as **AMENDED NOTICE OF MOTION AND MOTION OF NATIONAL COLLEGIATE ATHLETIC ASSOCIATION TO DISMISS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 29, 2023, at San Diego, California.

/s/ Jordan Malavar
Jordan Malavar

**SERVICE LIST**
**Theron Aych v University of Arizona, et al.**
**Case No. 2:23-cv-07282 ODW(MARx)**

| | |
|---|---|
| Alfonso Kennard, Jr., Esq.<br>Eddie R. Hodges, Jr., Esq.<br>KENNARD LAW PC<br>5120 Woodway Drive, Suite 10010<br>Houston, TX 77056<br>713-742-0900; Fax: 832-558-6670<br>alfonso.kennard@kennardlaw.com;<br>eddie.hodges@kennardlaw.com; | Attorney for Plaintiff, THERON AYCH |
| Jonathan Weiss, Esq.<br>LAW OFFICE OF JONATHAN WEISS<br>10576 Troon Avenue<br>Los Angeles, CA 90064-4436<br>310-558-0404; Fax: 310-558-0100<br>jw@lojw.com;<br>alfonso.kennard@kennardlaw.com;<br>eddie.hodges@kennardlaw.com;<br>ionlaweiss@hotmail.com | Attorney for Plaintiff, THERON AYCH |
| Michael A.S. Newman, Esq.<br>Sara E. Franks, Esq.<br>HINSHAW & CULBERTSON LLP<br>350 South Grand Ave., Suite 3600<br>Los Angeles, CA 90071-3476<br>213-680-2800; Fax 213-614-7399<br>mnewman@hinshawlaw.com<br>sfranks@hinshawlaw.com | Attorneys for Defendants ARIZONA BOARD OF REGENTS, ON ITS OWN BEHALF, AND FOR AND ON BEHALF OF THE UNIVERSITY OF ARIZONA, DAVE HEEKE, JEDD FISCH, AND JIMMIE DOUGHERTY |