UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:23-cv-07282-ODW (MARx) | Date | January 2, 2024 |
|---|---|---|---|
| Title | *Theron Aych v. Univ. of Ariz. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Response by the Court to Notice to Filer of Deficiencies in Electronically Filed Documents**

In accordance with the Clerk's Notice to Filer of Deficiencies in Electronically Filed Documents regarding ECF No. 52, **IT IS HEREBY ORDERED**:

\_\_\_\_   The document is accepted as filed

**_X_   The document is STRICKEN and counsel is ordered to file an amended or corrected document by January 3, 2024.**

\_\_\_\_   The hearing date has been rescheduled to \_\_\_\_\_ at \_\_\_\_\_

\_\_\_\_   Other:

**IT IS SO ORDERED.**

_____  :  00

Initials of Preparer   SE