| | |
|---|---|
| Alfonso Kennard, Jr. (pro hac vice)<br>Eddie Hodges, Jr. (pro hac vice)<br>alfonso.kennard@kennardlaw.com<br>eddie.hodges@kennardlaw.com<br>KENNARD LAW P.C.<br>5120 Woodway Drive Suite 10010<br>Houston, TX 77056<br>Telephone: 713-742-0900<br>Fax: 713-742-0951<br><br>Lead counsel for Plaintiff,<br>THERON AYCH<br><br>Jonathan Weiss, State Bar No. 143895<br>jw@lojw.com<br>LAW OFFICE OF JONATHAN WEISS<br>10576 Troon Avenue<br>Los Angeles, CA 90064-4436<br>Telephone: 310-558-0404<br><br>Local counsel for Plaintiff,<br>THERON AYCH<br><br>Anthony Barron, State Bar No. 150447<br>abarron@nixonpeabody.com<br>Aldo E. Ibarra, State Bar No. 268585<br>aibarra@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd floor<br>San Francisco, CA 94111-3600<br>Tel: 415-984-8200<br>Fax: 415-984-8300 | S. Amy Spencer, State Bar No. 255580<br>aspencer@nixonpeabody.com<br>NIXON PEABODY LLP<br>900 Elm Street #1400<br>Manchester, NH 02445<br><br>Attorneys for Defendant<br>The Regents of The University of California |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON AYCH,<br><br>   Plaintiff,<br>v.<br><br>UNIVERSITY OF ARIZONA et al.,<br><br>   Defendants. | Case No. 2:23-cv-07282 ODW(MARx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Theron Aych, though counsel of record, hereby files this notice of dismissal with prejudice of all claims against Defendant the Regents of the University of California ("UC Regents") and of the UC Regents as a named defendant in this cases, which, through counsel of record, concurs in the same, with each party to bear its own costs, expenses, and attorney's fees.

IT IS SO NOTICED AND AGREED.

Dated: January 23, 2024          NIXON PEABODY LLP

                                 By:    /s/ Anthony Barron
                                        Anthony Barron, Esq.
                                        Aldo E. Ibarra, Esq.
                                        S. Amy Spencer, Esq.

                                 Attorneys for Defendant
                                 The Regents of The University of California

Dated: January 23, 2024          KENNARD LAW P.C.

                                 By:    /s/ Alfonso Kennard, Jr.
                                        Alfonso Kennard, Jr. (pro hac vice)
                                        Eddie Hodges Jr., (pro hac vice)

                                 Attorneys for Plaintiff
                                 Theron Aych

*Pursuant to LR L.R. 5-4.3.4, the filer attests that all signatories listed herein concur in the filing's content and have authorized the filing.*