JS-6
O

# United States District Court
# Central District of California

| | |
|---|---|
| THERON AYCH, | Case № 2:23-cv-07282-ODW (MARx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNIVERSITY OF ARIZONA et al., | |
| Defendants. | |

Pursuant to the Court's Orders Granting Defendants' Motions to Dismiss, (ECF Nos. 69, 70), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

July 16, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**